UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL-JOHN FREDERICK MAIER,<br>Plaintiff,<br>v.<br>BAILEY, et al.,<br>Defendants. | CASE NO. 3:26-cv-05806-TL-DWC<br>REPORT AND RECOMMENDATION<br>Noting Date: **September 18, 2026** |

This prisoner civil rights action has been referred to United States Magistrate Judge David W. Christel. Plaintiff Michael-John Frederick Maier, proceeding *pro se*, initiated this action by filing a proposed civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff did not pay the required $405.00 filing fee or apply to proceed *in forma pauperis* ("IFP") at that time. *See docket*. Therefore, the Clerk of Court send Plaintiff a notice of filing deficiency, informing him that he must either file a complete IFP application or pay the filing fee in order to proceed in this action. Dkt. 4. The Clerk provided Plaintiff with the forms necessary to file an IFP application, Dkt. 4-1, and advised Plaintiff that failure to cure his deficiencies on or before August 24, 2026, may result in dismissal of this action. Dkt. 4.

The above deadline has now elapsed, with no payment of fees, IFP application, or other filing received from Plaintiff. *See docket.* Accordingly, the undersigned recommends this action be dismissed without prejudice.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 18, 2026.**

Dated this 28th day of August, 2026.

David W. Christel
United States Magistrate Judge