UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL-JOHN FREDERICK MAIER,

Plaintiff,

v.

BAILEY, et al.,

Defendants.

CASE NO. 3:26-cv-05806-TL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, and Plaintiff not filing any objections to the Report, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is dismissed without prejudice for failure to cure initial filing deficiencies or pay the filing fee.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 18th day of September, 2026.

TANA LIN
United States District Judge